IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 3:09-CR-19 (CAR) |
| | VIOLATIONS: FIREARMS RELATED |
| FRANCISCO JIMENEZ-CAZALEZ, | |
| Defendant | |

# O R D E R

The above-named defendant this day appeared before the undersigned for ARRAIGNMENT pursuant to provisions of the Federal Rules of Criminal Procedure. The government moved for his pretrial detention by virtue of his being an illegal alien. In considering pretrial detention, the court determined that the defendant is, in fact, an illegal alien and that a detainer has been lodged against him by Immigration Customs Enforcement (ICE). Thus, release from federal custody in the above-styled case appears to be a moot issue.

Accordingly, the court will HOLD IN ABEYANCE any consideration of release of this defendant from custody in this case under the Bail Reform Act of 1984 until such time as the detainer has been lifted. Counsel for the government and for the defendant are directed to immediately advise the court of any such lifting of the detainer. In that event, the defendant shall be brought before this court FORTHWITH for consideration of his release from custody. In the meantime, he shall remain in the custody of the U. S. Marshal pending disposition of this proceeding.

SO ORDERED, this 11th day of MAY, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE